Robert E. Kovacevich
Attorney for Plaintiff
818 W. Riverside Avenue, Ste. 525
Spokane, Washington 99201
Telephone: (509) 747-2104
Facsimile: (509) 625-1914

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 29 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

SHARON A. BRIDGE SUMNER,            )
                                    )    No. CV-10-207-EFS
            Plaintiff,              )
                                    )    PLAINTIFF'S
    v.                              )    MOTION FOR
                                    )    TEMPORARY
ANDREW S. ASDELL, Tax               )    RESTRAINING
Compliance Officer; MAXIMILLIAN     )    ORDER
EDWARDS, Revenue Officer;           )
MARGE KENT, Revenue Officer; and)
THE UNITED STATES OF                )
AMERICA;                            )
                                    )
            Defendants.             )
_____ )

    Plaintiff, pursuant to Fed.R.Civ.P 65(b), by her attorney,

moves this Court for an Order restraining Defendants and each

of them from levying and continuing to levy on her wages and

further to restrain and enjoin Defendants from levying upon or

Motion for Temporary Restraining Order - 1

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
FAX 509/625-1914

selling any other property belonging to Plaintiff for a period ending ten days from the date of said Order. This motion also seeks an order to Defendants and each of them to appear within ten days of the date of said order there to show cause why a preliminary injunction enjoining Defendants from levying upon Plaintiff's wages or any other property of Plaintiff should not be issued.

Plaintiff's salary at CSL Plasma was levied on by Defendants on June 16, 2010, in an effort to make Plaintiff's husband cooperate and pay taxes that Plaintiff does not owe. This action is timely brought within the nine month period of 26 U.S.C. § 6532(c)(1). Plaintiff's affidavit filed herein establishes the facts that she is not the taxpayer that owes Defendants and is current on all tax obligations owed by her. The Affidavit also proves that Plaintiff has a separate property agreement with her husband.

This motion is supported by the Complaint verified by Plaintiff. It is further supported by the Affidavit of Plaintiff and

Motion for Temporary Restraining Order - 2

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
FAX 509/625-1914

the Memorandum of Authorities filed herein.

Immediate and irreparable injury will continue to result to the Plaintiff if the IRS levies on Plaintiff's salary is continued. The reasons are that the actions of the Defendants will cause unconstitutional deprivation of notice, opportunity to defend and loss of superior rights to Plaintiff's earnings. Defendant has levied without adjudication, prior right to notice and opportunity to defend and without adjudication of nominee, alter ego or transferee liability. A levy under these circumstances violates the fundamental constitutional protection of due process.

Informal notice was given on June 25 and 28, 2010, to Defendant Marge Kent, a representative of all Defendants and also was delivered to the U.S. attorney's office in Spokane, Washington.

Motion for Temporary Restraining Order - 3

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
FAX 509/625-1914

1

2    DATED this 29th day of June, 2010.

3                              Respectfully Submitted,

4

5                              ROBERT E. KOVACEVICH

6                              Attorney for Petitioner

7                              818 West Riverside, Suite 525
                             Spokane, WA 99201
8                              Tax Court No. KR0460

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Motion for Temporary Restraining Order - 4

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
FAX 509/625-1914