Robert E. Kovacevich
Attorney for Plaintiff
818 W. Riverside Avenue, Ste. 525
Spokane, Washington 99201
Telephone: (509) 747-2104
Facsimile: (509) 625-1914

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 29 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON A. BRIDGE SUMNER, <br><br>    Plaintiff, <br><br>    v. <br><br> ANDREW S. ASDELL, Tax Compliance Officer; MAXIMILLIAN EDWARDS, Revenue Officer; MARGE KENT, Revenue Officer; and THE UNITED STATES OF AMERICA; <br><br>    Defendants. | No. CV-10-207-EFS <br><br> AFFIDAVIT OF PLAINTIFF IN SUPPORT OF TEMPORARY RESTRAINING ORDER |

STATE OF WASHINGTON   }
                     }ss
COUNTY OF SPOKANE     }

Affidavit of Plaintiff in Suppt. of TRO - 1

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
Fax 509/625-1914

Sharon A. Bridge Sumner, being duly sworn, deposes and states as follows:

1. I am of legal age and competent to be a witness in this case.

2. I was married to Norman E. Sumner on June 14, 2008.

3. We have lived in the State of Washington continuously since our marriage through the present time.

4. Prior to marriage, my husband and I discussed a separate property agreement and agreed that the earnings and property of each would be the separate property of the earner and owner.

5. I have continuously kept a bank account in which only I can withdraw funds. I deposit all my earnings and income into this account. I do not mix or deposit the earnings or income of Norman E. Sumner in this account.

6. Norman E. Sumner has a bank account. He deposits his earnings in this account. I cannot withdraw funds from

Affidavit of Plaintiff in Suppt. of TRO - 2

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
FAX 509/625-1914

Norman E. Sumner's account.

7. All during the marriage careful records of all receipts and disbursements of income and expense have been kept and are available that clearly prove that the agreement to keep separate property, including earnings, has been carefully observed.

_Sharon A. Bridge Sumner_
SHARON A. BRIDGE SUMNER

SUBSCRIBED and sworn to before me this 23rd day of June 2010.



NOTARY PUBLIC in and for the State of Washington
Residing at: Spokane, WA
My Commission expires: Oct. 14, 2013

Affidavit of Plaintiff in Suppt. of TRO - 3

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
FAX 509/625-1914