Robert E. Kovacevich
Attorney for Plaintiff
818 W. Riverside Avenue, Ste. 525
Spokane, Washington 99201
Telephone: (509) 747-2104
Facsimile: (509) 625-1914

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON A. BRIDGE SUMNER,<br><br>         Plaintiff,<br><br>v.<br><br>ANDREW S. ASDELL, Tax Compliance Officer; MAXIMILLIAN EDWARDS, Revenue Officer; MARGE KENT, Revenue Officer; and THE UNITED STATES OF AMERICA;<br><br>         Defendants. | No. cv-00207-EFS<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND WITHDRAWAL OF NOTE FOR HEARING ON MOTION |

Plaintiff, through her attorney, hereby withdraws and strikes Plaintiff's Motion for Temporary Restraining Order and further notifies the Court that the Note for Hearing now tentatively set for July 8, 2010, be stricken.

Notice of Withdrawal - 1

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
FAX 509/625-1914

This notice is pursuant to informal agreement of Plaintiff and Kari Larsen, attorney for all defendants. It is without prejudice to refiling the Motion and obtaining a new hearing date if the need arises. Plaintiff's counsel has Plaintiff's permission to withdraw the Motion.

DATED this 2nd day of July, 2010.

Respectfully Submitted,

*[signature]*

ROBERT E. KOVACEVICH
Attorney for Plaintiff
818 West Riverside, Suite 525
Spokane, WA 99201
Tax Court No. KR0460

Notice of Withdrawal - 2

ROBERT E. KOVACEVICH, P.L.L.C.
A PROFESSIONAL LIMITED LIABILITY COMPANY
818 WEST RIVERSIDE
SUITE 525
SPOKANE, WASHINGTON 99201-0995
509/747-2104
FAX 509/625-1914