UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON A. BRIDGE SUMNER,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW S. ASDELL, Tax Compliance Officer, MAXIMILLIAN EDWARDS, Revenue Officer; MARGE KENT, Revenue Officer, and THE UNITED STATES OF AMERICA,<br><br>        Defendants. | NO. CV-10-0207-EFS<br><br>**ORDER DISMISSING LAWSUIT AND CLOSING FILE** |

On April 20, 2011, the Court ordered Plaintiff Sharon A. Bridge Sumner to show cause why the action should not be dismissed for failure to prosecute. (ECF No. 7.) In response, Plaintiff notified the Court that the case settled and she agrees to dismiss the case without costs to either party. (ECF No. 9.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED:**

    1. The Complaint **(ECF No. 1)** is **DISMISSED** without costs or fees awarded to any party;

    2. The show-cause requirement is **SATISFIED**; and

///

//

ORDER ~ 1

3. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___27th___ day of April 2011.

                                  s/ Edward F. Shea
                                  EDWARD F. SHEA
                            United States District Judge

Q:\Civil\2010\0207.settle.dism.frm

ORDER ~ 2